IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

RANDY JOHNSON                                                                                           PLAINTIFF

vs.                                         Civil No. 1:08-cv-01088

WEYERHAEUSER                                                                                        DEFENDANT

## JUDGMENT

Before the Court is the Report and Recommendation filed on November 19, 2010 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 28.) Judge Bryant recommends Defendant's Motion for Summary Judgment (ECF No. 14) be **GRANTED.** The Parties agreed to limit their objection period to ten (10) days from the date of Judge Bryant's Report and Recommendation or until November 29, 2010. ECF No. 28. The Parties have not filed objections to this Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto* and dismisses Plaintiff's Complaint with prejudice.

**IT IS SO ORDERED, this 30th day of November, 2010.**

/s/ Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge